IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY WYATT,
aka RAY RICK WYATT,

      Plaintiff,                       No. CIV S-06-0521 FCD KJM P

   vs.

G. STRATTON, Warden, et al.,

      Defendants.              <u>ORDER</u>

         Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 12, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

         1. Plaintiff's January 3, 2007 request for an extension of time is granted; and

         2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: January 9, 2007.

                                          U.S. MAGISTRATE JUDGE

/mp
wyat0521.36