IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY WYATT, aka
RAY RICK WYATT,

       Plaintiff,                    No. CIV S-06-0521 FCD KJM P

   vs.

G. STRATTON, et al.,

       Defendants.             ORDER

_____/

       Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of May 14, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's June 11, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED: June 20, 2007.

                                                      U.S. MAGISTRATE JUDGE

/mp
wyat0521.36(2)