IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY WYATT, aka
RAY RICK WYATT,

       Plaintiff,                  No. CIV S-06-0521 FCD KJM P

   vs.

G. STRATTON, et al.,

       Defendants.         <u>ORDER</u>

        Plaintiff has filed his second request for an extension of time to file a second amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 23, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED:  August 2, 2007.

                                      U.S. MAGISTRATE JUDGE

1/mp
wyat0521.36sec