1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKY WYATT, aka
     RAY RICK WYATT
11

12            Plaintiff,              No. CIV S-06-0521 FCD KJM P

13        vs.

14   G. STRATTON, et al.,

15            Defendants.             ORDER

16   _____/

17            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

18   filed under 42 U.S.C. § 1983.  By order filed May 14, 2007, plaintiff's amended complaint was

19   dismissed with leave to file a second amended complaint.  Plaintiff has now filed a second

20   amended complaint.

21            Plaintiff's second amended complaint states cognizable Eighth and Fourteenth

22   Amendment claims against defendants Stratton, Kernan, Junkin, Mandeville and Holmes

23   pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the second

24   amended complaint are proven, plaintiff has a reasonable opportunity to prevail on these claims

25   against these defendants.  With respect to the other claims identified in plaintiff's second

26   /////

                                          1

amended complaint, plaintiff's second amended complaint fails to state a claim upon which relief can be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:  Stratton, Kernan, Junkin, Mandeville and Holmes.

2.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed August 31, 2007.

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285 form for each defendant listed in number 1 above; and

    d. Five copies of the endorsed second amended complaint filed August 31, 2007.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  December 5, 2007.

U.S. MAGISTRATE JUDGE

1
wyat0521.1(8.31.07)

2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKY WYATT, aka
     RAY RICK WYATT
11

12              Plaintiff,                    No. CIV-06-0521 FCD KJM P

13         vs.

14   G. STRATTON, et al.,                     NOTICE OF SUBMISSION

15              Defendants.                   OF DOCUMENTS

16   _____/

17              Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19              _____      completed summons form

20              _____      completed USM-285 forms

21              _____      copies of the _____
                                          Second Amended Complaint
22   DATED:

23

24                                           _____
                                             Plaintiff
25

26