IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY WYATT, aka RAY RICK WYATT,

      Plaintiff,               No. CIV S-06-0521 FCD KJM P

   vs.

G. STRATTON, et al.,

      Defendants.         <u>ORDER</u>

                              /

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' April 17, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's request for an extension of time (docket no. 29) is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' April 17, 2008 motion to dismiss.

DATED: May 30, 2008.

                                                             U.S. MAGISTRATE JUDGE

1/mp
wyat0521.36(2)