IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY WYATT, aka RAY RICK WYATT,

    Plaintiff,

vs.

G. STRATTON, et al.,

    Defendants.

No. CIV S-06-0521 FCD KJM P

<u>ORDER</u>

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 12, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 12, 2009, are adopted in full;

2. Defendants' motion to dismiss is granted; and

3. This action is dismissed for failure to state a claim upon which relief can be granted.

DATED: March 25, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE